## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Rachel Shannon Cartwright**
630 Beckenham Walk Drive
Dacula, GA 30019

Case No.: **11–81586–jrs**
Chapter: **7**

**xxx–xx–2450**

## ORDER CLOSING CASE WITHOUT DISCHARGE

It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as a Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management has not been filed. Accordingly, it is

**ORDERED** that the above–captioned case is closed without entry of discharge.

**IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED:  June 13, 2012

_____
James R. Sacca
United States Bankruptcy Judge

Form 419